FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 02 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NATHANIEL BORRELL DYER, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION FILE |
|  | : NO. 1:18-CV-03284-CAP |
| ATLANTA INDEPENDENT SCHOOL SYSTEM, | : |
| Defendant. | : |

## NOTICE OF APPEAL

Notice is hereby given that Nathaniel Borrell Dyer, Plaintiff Pro Se in the above named case, hereby appeal to the United States Court of Appeals for the 11th Circuit from order granting Defendant's Motion for Summary Judgment; Denying Plaintiff's Motion for Summary Judgment by Judge Timothy C. Batten, Sr. entered in this action on the 5th day of December, 2019.

/s/ _____
Nathaniel Borrell Dyer
Plaintiff Pro Se
Address: 202 Joseph Lowery Blvd. NW
Atlanta, Georgia 30314

## **CERTIFICATE OF COMPLIANCE**

I certify that the foregoing was prepared using Times New Roman font, 14-point type, which is one of the font and print selections approved by the Court in L.R.5.1(B). This 2nd day of January, 2020.

*[signature]*

Nathaniel Borrell Dyer

*Plaintiff Pro Se*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of January, 2020, a copy of the document entitled **NOTICE OF APPEAL** was delivered by first class mail to:

Nelson Mullins Riley & Scarborough LLP

Atlantic Station / 201 17th Street, NW / Suite 1700

Atlanta, GA 30363

Nathaniel Borrell Dyer

Plaintiff Pro Se

