IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NATHANIEL BORRELL DYER,<br><br>    Plaintiff,<br><br>v.<br><br>ATLANTA INDEPENDENT SCHOOL SYSTEM,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:18-cv-3284-TCB |

## **O R D E R**

This case comes before the Court on Plaintiff Nathaniel Borrell Dyer's application [53] to appeal *in forma pauperis* ("IFP").

"An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). An appeal is taken in good faith if, viewed objectively, the party "seeks appellate review of any issue not frivolous." *Coppedge v. United States*, 369 U.S. 438, 445 (1962).

In this case, Dyer has not identified any issues which he intends to present on appeal. This leads the Court to conclude that his basis for appeal is frivolous.

Accordingly, Dyer's application [53] to appeal in forma pauperis is not taken in good faith and is therefore denied. Further requests to appeal IFP should be directed to the Eleventh Circuit Court of Appeals in accordance with Federal Rule of Appellate Procedure 24.

IT IS SO ORDERED this 27th day of January, 2020.

_____
Timothy C. Batten, Sr.
United States District Judge